UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>       Defendant. | Civil Action No. 25-1696 (TSC) |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant, the United States Department of State, by and through undersigned counsel, respectfully moves for an approximately forty-five-day extension of time, up to and including August 28, 2025, to respond to the Complaint. Pursuant to Local Civil Rule 7(m), the parties conferred, through counsel, and Plaintiff does not oppose this motion. As described in further detail below, good cause exists to grant this motion.

Plaintiff's action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeks records requested in three different FOIA requests to Defendant dated April 8, 2023, July 11, 2024, and September 7, 2024. *See generally* Compl., ECF No. 1. Plaintiff filed this Complaint on May 29, 2025, *see generally id.*, and service was completed on June 14, 2025, rendering Defendant's response to the Complaint due by July 14, 2025. *See* 5 U.S.C. § 552(a)(4)(C); Fed. R. Civ. P. 6(a)(2)(C).

Defendant respectfully requests additional time to respond to the Complaint, up to and including August 28, 2025, so that undersigned counsel may have sufficient time to identify and

confer with agency counsel, gather documents to help investigate the allegations in Plaintiff's Complaint, and prepare a response to that Complaint. Additional time is also requested because of undersigned counsel's heavy litigation schedule and upcoming trial schedule. In addition to being responsible for pretrial filings due each of the next three weeks related to a pretrial statement and motions in limine, undersigned counsel is currently responsible for a handful of other dispositive motions due between now and when her trial begins on August 11, 2025. Therefore, Defendant requests an extension of time until after undersigned counsel's trial is complete to allow for sufficient time to finalize the answer in this case before filing.

This is Defendant's first request for an extension of this deadline and Defendant is not seeking this extension to cause delay. Granting this extension will not affect any other deadlines, as no other deadlines are set, and no party will be prejudiced by this extension, rather Plaintiff did not oppose this this request.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this motion. A proposed order is attached hereto.

Dated: July 13, 2025  
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By: */s/ Anna D. Walker*  
ANNA D. WALKER  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202) 252-2544

*Attorneys for the United States of America*