UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　　　Defendant. | Civil Action No. 25-1696 (TSC) |

**JOINT STATUS REPORT**

　　Plaintiff Functional Government Initiative and Defendant the United States Department of State ("Department" or "Defendant"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report pursuant to this Court's November 26, 2025 Minute Order, to update the court on the status of Plaintiff's FOIA requests.

**THE STATUS OF PLAINTIFF'S FOIA REQUESTS**

　　Plaintiff initiated this FOIA matter on May 29, 2025, which seeks the release of records responsive to three FOIA requests that Plaintiff submitted to the Department on April 8, 2023, July 11, 2025, and September 27, 2024. See generally Compl., ECF No. 1, ¶¶ 10, 14, 18. The first FOIA request seeks records from the Office of the Special Presidential Envoy for Climate Change related to specific terms; the second FOIA request seeks communications between certain Department employees and identified external organizations regarding tobacco, e-cigarettes, or tobacco regulation; the third FOIA request seeks records of discussions related to the European Digital Services Act. On August 28, 2025, Defendant filed its Answer. See ECF No. 5.

Defendant has completed preliminary searches for all three FOIA requests and is currently reviewing potentially responsive records for relevancy with respect to Plaintiff's FOIA requests. At present, Defendant estimates that there are approximately 1,100 potentially responsive records that remain to be processed, though this number will likely continue to decrease as the records are reviewed for responsiveness.

Defendant made its first production of nonexempt, responsive material on January 9, 2026. As previously reported, Defendant intends to make productions of nonexempt portions of responsive records every six weeks until its processing is concluded. Defendant expects to make its next production on or about February 20, 2026.

**PROPOSED NEXT JOINT STATUS REPORT**

The parties respectfully propose that they submit another Joint Status Report in approximately sixty days, on or before March 30, 2026, to apprise the Court of any updates on the status of Plaintiff's FOIA request.

\*   \*   \*

Date: January 27, 2026

   */s/ Jeremiah L. Morgan*
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson (D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,
JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Anna D. Walker
ANNA D. WALKER
D.C. Bar No.: 90037215
Assistant United States Attorney
601 D. Street, NW
Washington, District of Columbia 20530
Telephone: (202) 252-2544
Anna.Walker@usdoj.gov

*Counsel for the United States of America*