UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 25-1696 (TSC) |

**JOINT STATUS REPORT**

Plaintiff Functional Government Initiative and Defendant the United States Department of State ("Department" or "Defendant"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report pursuant to this Court's November 26, 2025 Minute Order, to update the court on the status of Plaintiff's FOIA requests.

**THE STATUS OF PLAINTIFF'S FOIA REQUESTS**

Plaintiff initiated this FOIA matter on May 29, 2025, which seeks the release of records responsive to three FOIA requests that Plaintiff submitted to the Department on April 8, 2023, July 11, 2025, and September 27, 2024. See generally Compl., ECF No. 1, ¶¶ 10, 14, 18. The first FOIA request seeks records from the Office of the Special Presidential Envoy for Climate Change related to specific terms; the second FOIA request seeks communications between certain Department employees and identified external organizations regarding tobacco, e-cigarettes, or tobacco regulation; the third FOIA request seeks records of discussions related to the European Digital Services Act. On August 28, 2025, Defendant filed its Answer. See ECF No. 5.

Defendant has completed preliminary searches for all three FOIA requests and has completed initial review of the potentially responsive records for relevancy with respect to Plaintiff's FOIA requests. In order to process the remaining material more efficiently, the parties have reached a narrowing agreement with respect to the search terms of the first FOIA request.

Since the prior Joint Status Report, Defendant has made productions of non-exempt, responsive material on June 26, 2026. As previously reported, Defendant intends to make productions of nonexempt portions of responsive records every six weeks until its processing is concluded. Defendant expects to make its next production on or about August 7, 2026.

**PROPOSED NEXT JOINT STATUS REPORT**

The parties respectfully propose that they submit another Joint Status Report in approximately sixty days, on or before September 28, 2026, to apprise the Court of any updates on the status of Plaintiff's FOIA request.

Dated: July 29, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar #252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784

*Attorneys for the United States of America*

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*